1  Theodore K. Stream, Bar #138160
   Ted.Stream@greshamsavage.com
2  Mario H. Alfaro, Bar #246420
   Mario.Alfaro@greshamsavage.com
3  **GRESHAM SAVAGE NOLAN & TILDEN,**
   **A Professional Corporation**
4  3750 University Avenue, Suite 250
   Riverside, CA 92501-3335
5  Telephone:  (951) 684-2171
   Facsimile:  (951) 684-2150
6

7  Attorneys for Plaintiff and Counterclaim-Defendant
   THOMAS M. WELLS, as trustee of the
8  DAVID F. BOLGER REVOCABLE TRUST

9

   MANATT, PHELPS & PHILLIPS, LLP
10 JACK S. YEH (Bar No. CA 174286)
   E-mail: jyeh@manatt.com
11 MATTHEW S. URBACK (Bar. No. CA 192059)
   E-mail: murbach@manatt.com
12 11355 West Olympic Boulevard
   Los Angeles CA 90064-1614
13 Telephone: (310) 312-4000
   Facsimile: (310) 312-4224
14
   Attorneys for Defendant and Counterclaim-Plaintiff
15 J-M MANUFACTURING COMPANY, INC.

16

17              **UNITED STATES DISTRICT COURT**

18      **CENTRAL DISTRICT OF CALIFORNIA- WESTERN DIVISION**

19

| THOMAS M. WELLS, as trustee of the DAVID F. BOLGER REVOCABLE TRUST,<br><br>    Plaintiff,<br><br>vs.<br><br>JM EAGLE; and DOES 1-10,<br><br>    Defendants. | CASE NO. CV 13-5402-GW(SHx)<br><br>**STIPULATION TO CONTINUE SCHEDULING CONFERENCE CURRENTLY SET FOR DECEMBER 2, 2013** |
| --- | --- |

- 1 -

GRESHAM SAVAGE
NOLAN & TILDEN,
A PROFESSIONAL CORPORATION
3750 UNIVERSITY AVE., STE 250
RIVERSIDE, CA 92501-3335
(951) 684-2171

**STIPULATION TO CONTINUE SCHEDULING
CONFERENCE CURRENTLY SET FOR DECEMBER 2, 2013**

B866-004 -- 1239607.1

JM EAGLE, AND DOES 1-10,
)
)
Counterclaim-Plaintiff
)
)
Vs.
)
)
THOMAS M. WELLS, as trustee of the
)
DAVID F. BOLGER REVOCABLE
)
TRUST,
)
)
Counterclaim-Defendant.
)
)

Plaintiff and Counterclaim-Defendant THOMAS M. WELLS, as trustee of the DAVID F. BOLGER REVOCABLE TRUST ("Plaintiff") and Defendant and Counterclaim-Plaintiff J-M MANUFACTURING COMPANY, INC. ("Defendant"), by and through their attorneys, hereby agree and stipulate to continue the Scheduling Conference currently set for December 2, 2013 to December 9, 16, 17, 18, or 20, 2013, or to some other date as may be convenient for the Court.  Both counsel had been previously available on November 18, 2013, when the Scheduling Conference had originally been set, but when the Conference was moved to December 2, 2013, both lead trial counsel discovered scheduling conflicts that could not be resolved.  Counsel for Plaintiff was prescheduled on this date to be out of the State attending a family event and counsel for Defendant is engaged on another case.

IT IS SO STIPULATED.

Respectfully submitted,

GRESHAM SAVAGE NOLAN & TILDEN,
A Professional Corporation

Dated:  November 25, 2013

By:___/s/ Theodore K. Stream_____
Theodore K. Stream
Mario Alfaro
Attorney for Plaintiff,
Thomas M. Wells, as trustee of the
David F. Bolger Revocable Trust

[SIGNATURES CONTINUE ON THE NEXT PAGE]

- 2 -

GRESHAM SAVAGE
NOLAN & TILDEN,
A PROFESSIONAL CORPORATION
3750 UNIVERSITY AVE., STE 250
RIVERSIDE, CA 92501-3335
(951) 684-2171

**STIPULATION TO CONTINUE SCHEDULING CONFERENCE CURRENTLY SET FOR DECEMBER 2, 2013**

B866-004 -- 1239607.1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MANATT, PHELPS & PHILLIPS, LLP,

Dated:  November 25, 2013

By /s/ Matthew S. Urbach
       Jack S. Yeh
       Matthew S. Urbach
       Attorney for Defendant and
       Counterclaim-Plaintiff,
       J-M Manufacturing Company, Inc.

GRESHAM SAVAGE
NOLAN & TILDEN,
A PROFESSIONAL CORPORATION
3750 UNIVERSITY AVE., STE 250
RIVERSIDE, CA 92501-3335
(951) 684-2171

- 3 -

**STIPULATION TO CONTINUE SCHEDULING
CONFERENCE CURRENTLY SET FOR DECEMBER 2, 2013**

B866-004 -- 1239607.1

# PROOF OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF RIVERSIDE

Re:     Thomas M. Wells, et al. vs. JM Eagle, et al.
        USDC-Central District, Western Div. Case No.: CV 13-05402 GW (SHx)

I am employed in the County of Riverside, State of California. I am over the age of 18 years and not a party to the within action; my business address is: 3750 University Avenue, Suite 250, Riverside, CA 92501-3335. On November 25, 2013, I served copies of the within documents described as **STIPULATION TO CONTINUE SCHEDULING CONFERENCE CURRENTLY SET FOR DECEMBER 2, 2013** on the interested parties in this action in a sealed envelope addressed as follows:

> Jack S. Yeh jyeh@manatt.com
> Matthew S. Urback murback@manatt.com
> MANATT, PHELPS, & PHILLIPS, LLP
> 11355 West Olympic Boulevard
> Los Angeles, CA 90064-1614
> Telephone: (310) 312-4000
> Facsimile: (310) 312-4224

☐ **BY MAIL** - I am "readily familiar" with the firm's practice of collecting and processing correspondence for mailing. Under that practice, it would be deposited with the United States Postal Service on the same day in the ordinary course of business, with postage thereon fully prepaid at Riverside, California. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ **BY PERSONAL SERVICE** - I caused such envelope to be delivered by hand to the offices of the addressee pursuant to C.C.P. § 1011.

☐ **BY EXPRESS MAIL/OVERNIGHT DELIVERY** - I caused such envelope to be delivered by hand to the office of the addressee via overnight delivery pursuant to C.C.P. § 1013(c), with delivery fees fully prepaid or provided for.

☒ **BY CM/ECF** - I caused such document(s) to be transmitted to the office(s) of the addressee(s) listed above by electronic mail at the e-mail address(es) set forth pursuant to FRCP 5(d)(1).

☒ **FEDERAL** - I am employed in the office of a member of the bar of this court at whose direction the service was made

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on November 25, 2013, at Riverside, California.

SUMMER DEVORE

- 4 -

GRESHAM SAVAGE
NOLAN & TILDEN,
A PROFESSIONAL CORPORATION
3750 UNIVERSITY AVE., STE 250
RIVERSIDE, CA 92501-3335
(951) 684-2171

**STIPULATION TO CONTINUE SCHEDULING CONFERENCE CURRENTLY SET FOR DECEMBER 2, 2013**

B866-004 -- 1239607.1